# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 106 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHRISTIAN SCOTT THOMAS, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 107 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHRISTIAN SCOTT THOMAS, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 108 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHRISTIAN SCOTT THOMAS, | : | |
| | : | |
| Petitioner | : | |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 109 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |

CHRISTIAN SCOTT THOMAS,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 110 MAL 2020

    Respondent

                                        Petition for Allowance of Appeal
                                        from the Order of the Superior Court

    v.

CHRISTIAN SCOTT THOMAS,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 111 MAL 2020

    Respondent

                                        Petition for Allowance of Appeal
                                        from the Order of the Superior Court

    v.

CHRISTIAN SCOTT THOMAS,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 112 MAL 2020

    Respondent

                                        Petition for Allowance of Appeal
                                        from the Order of the Superior Court

    v.

CHRISTIAN SCOTT THOMAS,

    Petitioner

## **ORDER**

[106 MAL 2020, 107 MAL 2020, 108 MAL 2020, 109 MAL 2020, 110 MAL 2020, 111 MAL 2020 and 112 MAL 2020] - 2

**PER CURIAM**

      **AND NOW**, this 12th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.